# In the United States Court of Federal Claims

**No. 06-417 T**

**Filed: November 15, 2006**

**FRANK FONT**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**Letter from Mr. Font, dated August 24, 2006**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.