# In the United States Court of Federal Claims

No. 06-417T
Filed: December 18, 2006

************************************
FRANK FONT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

Plaintiff's December 18, 2006 Unopposed Motion for Enlargement of Time to File Its Response to Government's Motion to Dismiss the Complaint is hereby GRANTED. Plaintiff's Response will be filed on or before December 27, 2006.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge