**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **FRANK FONT**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Docket No. 06-417 (SGB)**<br><br>**Judge Susan G. Braden** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiff Frank Font, pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, hereby dismisses all causes of action alleged in the Complaint against Defendant the United States of America.

The United States of America has filed neither an answer to the complaint nor a motion for summary judgment as to Plaintiff's claims. Dismissal under Rule 41(a)(1) is therefore proper.

Respectfully submitted,

/s/ George M. Clarke III
George M. Clarke III
Attorney of Record for Plaintiff

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 452-7000
(202) 452-7074

Dated: December 20, 2006