# In the United States Court of Federal Claims

No. 06-417T
Filed: December 27, 2006

| | |
|---|---|
| FRANK FONT, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to Plaintiff's December 22, 2006 Notice of Voluntary Dismissal of Complaint under RCFC 41(a)(1), the Clerk of the Court is directed to dismiss Plaintiff's July 24, 2006 Complaint, without prejudice.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**