# In the United States Court of Federal Claims

**No. 06-417 T**
**Filed: December 27, 2006**

**FRANK FONT**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order, filed December 27, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

December 27, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.